CHARLES L. MILLER, Respondent, *v.* BARKER, ROSE AND
CLINTON COMPANY, Appellant.

*Miller* v. *Burker, Rose & Clinton Co.*, 179 App. Div. 948, affirmed.
(Argued March 21, 1919; decided April 8, 1919.)

APPEAL from a judgment of the Appellate Division
of the Supreme Court in the third judicial department,
entered July 13, 1917, affirming a judgment in favor
of plaintiff entered upon a verdict in an action to recover
for personal injuries alleged to have been sustained by
plaintiff through the negligence of defendant. The
action was brought to recover for injuries claimed to
have been sustained by the plaintiff on account of the
negligence of the defendant. The complaint alleged that
on September 25, 1913, plaintiff, a contractor and builder,
went to defendant's store in the city of Elmira, to
purchase building materials and was there given a written
order for these goods and directed to go to the defend-
ant's storehouse to obtain them; that plaintiff went to
said storehouse, entered through an open door, and
while in the building as a customer, and in the exercise
of due care, fell into an unguarded elevator shaft and
was severely and permanently injured; that the auto-
matic gate for protecting this elevator shaft was out of
repair and had been nailed or fastened up so that it
would not close when the elevator was not at the floor
level, which condition had long existed, and that the
defendant had left the shaft wholly unguarded and
unprotected, no light, warning or other means of pro-
tection being provided. The defendant denied practically
all of the complaint, except its own incorporation and
its possession of the building and that the plaintiff was
injured therein.

H. D. Bailey for appellant.

W. W. Gregg for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK,
HOGAN and CRANE, JJ. Not sitting: McLAUGHLIN, J.